**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Duane Montrik BURTON, Defendant—Appellant.**

**No. 09–6192.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 8, 2009.

Duane Montrik Burton, Appellant Pro Se. Anne Margaret Hayes, Michael Gordon James, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duane Montrik Burton appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burton*, No. 7:00–cr–00105–F–1 (E.D.N.C. Jan. 27, 2009). We further deny Burton's request for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*